IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00036-GPG-JMC

UNITED STATES OF AMERICA,

      Plaintiff,

JASON KETZNER,

      Defendant.

---

**RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT [ECF #27]**

---

      The Defendant files his motion to dismiss "for preservation purposes only," acknowledging that his "argument is foreclosed by current Tenth Circuit precedent," including *Vincent v. Garland*, 80 F.4th 1197 (10th Cir. 2023); *see also United States v. McCane*, 573 F.3d 1037, 1047 (10th Cir. 2009).

      Because his argument is foreclosed, the Defendant's motion should be denied.


      Dated this 6th day of December 2023.

                  COLE FINEGAN
                  United States Attorney

                  *s/ Jeffrey K. Graves*
                  Jeffrey K. Graves
                  Assistant United States Attorney
                  United States Attorney's Office
                  835 E 2nd Avenue, Suite 410
                  Durango, Colorado 81301
                  Telephone: (970) 247-1514
                  E-mail:  jeffrey.graves@usdoj.gov
                  Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6th, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record:

Jared Westbroek
Jared_westbroek@fd.org

s/ *Jeffrey K. Graves*
Jeffrey K. Graves
Assistant United States Attorney
United States Attorney's Office
835 E 2nd Avenue, Suite 410
Durango, Colorado 81301
Telephone: (970) 247-1514
E-mail:  jeffrey.graves@usdoj.gov
Attorney for the United States
