CO-PROB12B
(Revised 8/25-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. VS. JASON KETZNER                    CASE NO. 21-cr-00036-GPG-JMC-1

## PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Sarah Burdo, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Jason Ketzner, who was placed on supervision by the Honorable Gordon P. Gallagher sitting in the United States District Court in Denver, Colorado, on November 19, 2024. The defendant was sentenced to 46 months' imprisonment and two (2) years' supervised release for an offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). Supervision is anticipated to commence on April 16, 2026. As noted in the judgment [Document 74], the Court ordered mandatory, special and standard conditions of supervision.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Mr. Ketzner plans to release from the custody of the Bureau of Prisons to the District of Minnesota. The District of Minnesota has requested a modification of conditions in order for his release plan to be approved. The addition of the below listed condition will help the District of Minnesota effectively supervise the defendant.

On March 17, 2026, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision. Assistant U.S. Attorney JD Rowell was contacted and has no objection to the proposed modification.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of supervised release to include the following special condition(s):

1. The defendant shall reside for a period of up to 60 days in a Residential Reentry Center as approved by the probation officer and shall observe the rules of the facility.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Sarah Burdo*
_____
  Sarah Burdo
  United States Probation Officer
  Place:   Colorado Springs
  Date:    March 19, 2026

Jason Ketzner
21-cr-00036-GPG-JMC-1                Petition to Modify Conditions of Supervised Release                March 19, 2026


*s/Joel Nelson*
_____

Joel Nelson
Supervisory United States Probation Officer
Place:   Colorado Springs
Date:    March 19, 2026